## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| CLEMENT WITT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 14 -CV-200-GKF-TLW |
| | ) | |
| LIBERTY MUTUAL GROUP INC., | ) | |
| WAUSAU UNDERWRITERS INSURANCE | ) | |
| COMPANY | ) | |
| | ) | |
| Defendants. | ) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), Plaintiff Clement Witt, by and through

his counsel of record, Marlin R. Davis, and Defendants Liberty Mutual Group Inc. and

Wausau Underwriters Insurance Company, by and through their counsel of record,

William W. O'Connor of Newton, O'Connor, Turner & Ketchum, P.C., hereby stipulate

to a dismissal with prejudice of all of Plaintiff's claims and causes of action in the

above-styled and numbered case, each party to bear their own attorneys' fees and costs.

Dated this 14th day of October, 2014.

Respectfully submitted,


s/William W. O'Connor
**William W. O'Connor**, OBA No. 13200
**Jerrick L. Irby**, OBA No. 30876
NEWTON, O'CONNOR, TURNER & KETCHUM, PC
2700 Bank of America Center
15 West Sixth Street
Tulsa, OK   74119-5423
(918) 587-0101
(918) 587-0102 (facsimile)
boconnor@newtonoconnor.com
jirby@newtonoconnor.com

**ATTORNEYS FOR DEFENDANTS**

-and-


s/Marlin R. Davis*
**Marlin R. Davis**, OBA No. 10777
MARLIN R. DAVIS, P.C.
8908 S. Yale Avenue, Suite 245
Tulsa, OK   74137
(918) 742-0900
(918) 742-0001 (facsimile)
MRD@EASYTEL.COM

**ATTORNEY FOR PLAINTIFF**


*\* Signed by filing attorney, with permission of Plaintiff's attorney.*